# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| MICHAEL R. MCNEIL <br><br> *Plaintiff(s)* <br><br> v. <br><br> ANWAR CHEHAB, HANAN CHEHAB, AND PASHA MIDDLE EAST FOODS, INC., d/b/a PASHA MIDDLE EAST CAFE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.  6:21-cv-2121-GAP-EJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANWAR CHEHAB - OWNER
919 INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH, FLORIDA, 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date:  December 20, 2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| MICHAEL R. MCNEIL | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   6:21-cv-2121-GAP-EJK |
| ANWAR CHEHAB, HANAN CHEHAB, AND PASHA MIDDLE EAST FOODS, INC., d/b/a PASHA MIDDLE EAST CAFE | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HANAN CHEHAB - OWNER
919 INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH, FLORIDA, 32114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date:     December 20, 2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| MICHAEL R. MCNEIL <br><br><br> *Plaintiff(s)* <br> v. <br> ANWAR CHEHAB, HANAN CHEHAB, AND PASHA MIDDLE EAST FOODS, INC., d/b/a PASHA MIDDLE EAST CAFE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.    6:21-cv-2121-GAP-EJK <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    PASHA MIDDLE EAST FOODS, INC.,
                      d/b/a PASHA MIDDLE EAST CAFE
                      ANWAR CHEHAB - REGISTERED AGENT
                      165 PROMEDADE CIRCLE
                      PORT ORANGE, FLORIDA, 32127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JOE M. QUICK, ESQ.
                               LAW OFFICES OF JOE M. QUICK, ESQ.
                               1224 S. PENINSULA DRIVE #619
                               DAYTONA BEACH, FLORIDA 32118
                               TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

BetsyDavis

Date:    December 20, 2021

                                           *Signature of Clerk or Deputy Clerk*