**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:21-cv-02121-GAP-EJK

MICHAEL R. MCNEIL,

   Plaintiff,

vs.

ANWAR & HANAN CHEHAB, and
PASHA MIDDLE EAST FOODS,
INC., d/b/a PASHA MIDDLE EAST
CAFE

   Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

 X  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: December 22, 2021

By:/S/Joe M. Quick, Esq._____
Joe M. Quick, Esq.
Bar Number 0883794
Attorney for Plaintiff
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #619
Daytona Beach, Florida 32118
Telephone: 386.212.3591
Email: JMQuickEsq@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of December 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

      By:/S/Joe M. Quick, Esq._____
      Joe M. Quick, Esq.
      Bar Number 0883794
      Attorney for Plaintiff
      Law Offices of Joe M. Quick, Esq.
      1224 S. Peninsula Drive #619
      Daytona Beach, Florida 32118
      Telephone: 386.212.3591
      Email: JMQuickEsq@gmail.com