**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:21-cv-02121-GAP-EJK

MICHAEL R. MCNEIL,

   Plaintiff,

vs.

ANWAR & HANAN CHEHAB, and
PASHA MIDDLE EAST FOODS,
INC., d/b/a PASHA MIDDLE EAST
CAFE

   Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

   I hereby disclose the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

   1). the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party: [insert list]

      Plaintiff – Michael R. McNeil
      Plaintiff's counsel – Joe M. Quick, Esq.
      Defendant – Anwar Chehab
      Defendant –Hanan Chehab
      Defendant – Pasha Middle East Foods, Inc.,

   2). the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: [insert list]

3) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): [insert list]

4) the name of each victim (individual and corporate, including every person who may be entitled to restitution: [insert list]

    Plaintiff – Michael R. McNeil

5) Check one of the following:

_X___ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or –

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follow: (explain).

Dated: December 22, 2021

                                        By:/S/Joe M. Quick, Esq._____
                                        Joe M. Quick, Esq.
                                        Bar Number 0883794
                                        Attorney for Plaintiff
                                        Law Offices of Joe M. Quick, Esq.
                                        1224 S. Peninsula Drive #619
                                        Daytona Beach, Florida 32118
                                        Telephone: 386.212.3591
                                        Email: JMQuickEsq@gmail.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22nd day of December 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

              By: /S/Joe M. Quick, Esq.
              Joe M. Quick, Esq.
              Bar Number 0883794
              Attorney for Plaintiff
              Law Offices of Joe M. Quick, Esq.
              1224 S. Peninsula Drive #619
              Daytona Beach, Florida 32118
              Telephone: 386.212.3591
              Email: JMQuickEsq@gmail.com